IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. JEFFERY, | No. C 07-4663 MJJ (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| DERRAL G. ADAMS, N. GRANNIS, | **(Docket Nos. 2 & 4)** |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983 alleging that his constitutional rights were violated while he was incarcerated at the California Substance Abuse and Treatment Facility ("CSATF") in Corcoran, California. Plaintiff names two defendants: the CSATF Warden, and the Chief of Inmate Appeals for the California Department of Corrections and Rehabilitation in Sacramento, California.

Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). When venue is

G:\PRO-SE\MJJ\CR.07\jeffery.trn.wpd

1  improper, the district court has the discretion to either dismiss the case or transfer it "in the
2  interest of justice." See 28 U.S.C. § 1406(a).
3      Here, the defendants are located in Sacramento and Corcoran, and the alleged actions
4  giving rise to the claims took place in Corcoran. Both Sacramento and Corcoran are within
5  the venue of the Eastern District of California. See 28 U.S.C. § 84(b). In the interest of
6  justice, this action is hereby TRANSFERRED to the United States District Court for the
7  Eastern District of California. In light of this transfer, the Court will defer to the Eastern
8  District for a ruling on plaintiff's applications to proceed in forma pauperis.
9      The Clerk is directed to transfer the action forthwith.
10      This order terminates Docket Nos. 2 and 4.
11      IT IS SO ORDERED.
12  DATED: 10/12/2007

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\jeffery.trn.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD D. JEFFERY,

        Plaintiff,

v.

DERRAL G. ADAMS et al,

        Defendant.
_____/

Case Number: CV07-04663 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald D. Jeffery
K-81749
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: October 16, 2007

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk